Antonio FELICIANO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 344, 2016

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: March 3, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1307015825

AFFIRMED.

Freddy L. FLONNORY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 472, 2016

Supreme Court of Delaware.

Submitted: December 6, 2016
Decided: March 9, 2017
Rehearing En Banc Denied
March 17, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9707012190

GRANTED. AFFIRMED.